**Order entered February 26, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00025-CR

**MELLANNISE HENDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-80051-2013**

## ORDER

The Court **GRANTS** court reporter Marigay Black's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Black to file the reporter's record within **THIRTY (30) DAYS** from the date of this order.

We **ORDER** the Collin County District Clerk to file the clerk's record within **THIRTY (30) DAYS** from the date of this order.

/s/     DAVID EVANS
        JUSTICE